SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>Polar Bear Auto & Truck Air, Inc., et al,<br><br>        Defendants | ) Case No.**2:07-cv-02688-WBS-KJM**<br>)<br>) **PLAINTIFF'S REQUEST FOR**<br>) **CONTINUANCE OF STATUS**<br>) **CONFERENCE AND** *proposed order*<br>)<br>)<br>) Status Conference: April 7, 2008<br>) Time: 2:00 pm<br>) Courtroom: 5 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from April 7, 2008 to May 5, 2008. The Defendants in this matter have not shown or responded to Plaintiff's complaint. A continuance to May 5, 2008 for the status conference will give ample time for Defendants to contact Plaintiff or Counsel.

PLAINTIFF'S REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND *proposed order*

CIV: S-07-cv-02226-WBS-JFM - 1

```
Dated:  April 1, 2008            /s/Scott N. Johnson _____

                                 Scott N. Johnson,

                                 Plaintiff, In Pro Per
```

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **May 5, 2008 at 2:00 p.m.**

Date:  April 3, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE