UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT JOHNSON,

        Plaintiff,

   v.

POLAR BEAR AUTO & TRUCK AIR,
INC. and GARY CHARLES MATRANGA,

        Defendants.
_____/

NO. CIV. S-07-2688 WBS KJM

ORDER RE: PLAINTIFF'S STATUS REPORT

----oo0oo----

        Plaintiff Scott Johnson filed this action on December 13, 2007, alleging, inter alia, violations of 42 U.S.C. § 12101 (American with Disabilities Act of 1990).  Plaintiff served defendant Polar Bear Auto and Truck Air, Inc. on January 21, 2008 and defendant Gary Charles Matranga on January 28, 2008. Both defendants failed to appear, plead, or answer plaintiff's Complaint, and the Clerk of the Court entered default against both defendants on May 6, 2008.

1 | Counsel is hereby instructed to pursue a default
2 | judgment in accordance with the provisions of Federal Rules of
3 | Civil Procedure 54(b) and 55(b)(2) and Local Rules 72-302(c)(19)
4 | and 78-230.  The Status (Pretrial Scheduling) Conference
5 | previously scheduled for July 14, 2008 is hereby rescheduled for
6 | August 11, 2008 at 2:00 p.m. in Courtroom No. 5.
7 | DATED:  July 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE